Leonard C. Herr, #081896
Ron Statler, #234177
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200

Attorneys for	PLAINTIFF,
	PETE P. GARCIA

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE P. GARCIA,<br><br>             Plaintiff,<br><br>v.<br><br>AMERISOURCE BERGEN,<br><br>             Defendants. | Case No: 1:09-cv-01810-AWI-SMS<br><br>**STIPULATION TO TRANSFER OF ACTION FROM FRESNO DIVISION TO SACRAMENTO DIVISION**<br><br>**ORDER THEREON** |

The parties, having met and conferred regarding the status of the pleadings in this matter, enter into this Stipulation to transfer the above-captioned matter from the Fresno Division of the Eastern District of California of the United States District Court to the Sacramento Division of that District, as follows:

### RECITALS

WHEREAS, the attorneys for Plaintiff PETE P. GARCIA (hereinafter, Plaintiff) filed in this matter with the Fresno Division of the United States District Court, Eastern District of California on October 14, 2009;

WHEREAS, the matter should have been filed in the Sacramento Division of that District;

//

WHEREAS, on November 17, 2009, the attorneys for Defendant AMERISOURCE BERGEN (hereinafter, "Defendant") filed a Motion to Dismiss the matter under Federal Rules of Civil Procedure, Rules 12(b)(1), (3), and (6) (hereinafter, "Motion to Dismiss"), all based on a challenge to venue;

WHEREAS, the attorneys for Plaintiff filed an Opposition to the Motion to Dismiss; and,

WHEREAS, the attorneys for the parties, having met and conferred regarding the issues raised in the Motion to Dismiss, wish to resolve this motion by stipulation and thereby avoid further litigation on this subject; then,

## AGREEMENT

WHEREFORE, the attorneys for the parties do hereby agree and stipulate that the Motion to Dismiss filed by Defendant, and the Opposition thereto, are dismissed, and that this matter be transferred from the Fresno Division to the Sacramento Division of the United States District Court, Eastern District of California, with a response to the Complaint due twenty (20) days after notice of transfer.

DATED: December ___, 2009    DOOLEY, HERR, PELTZER & RICHARDSON, LLP


By: _____
      LEONARD C. HERR
   Attorney for Plaintiff,
      PETE P. GARCIA


DATED: December ___, 2009    LITTLER MENDELSON


By: _____
      MATTHEW E. FARMER
   Attorney for Defendant,
      AMERISOURCEBERGEN CORPORATION

**ORDER**

The Court, having reviewed and considered the stipulated transfer of this matter, does hereby Order that the Motion to Dismiss filed by Amerisource Bergen, and Defendant's response thereto, is dismissed, and this matter is to be transferred from the Fresno Division to the Sacramento Division of the United States District Court, Eastern District of California, with a response to the Complaint due twenty days after notice of transfer.

IT IS SO ORDERED.

**Dated:   December 9, 2009**              /s/ Anthony W. Ishii
                                CHIEF UNITED STATES DISTRICT JUDGE